✓ Priority
✓ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT
JAN 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DEANDRE MAURICE HOWARD,<br><br>Petitioner,<br><br>v.<br><br>DERRAL G. ADAMS, WARDEN<br><br>Respondent. | CV 07-2680-VAP (SH)<br><br>ORDER ADOPTING THE FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Final Report and Recommendation of the United States Magistrate Judge, and has made a <u>de</u> <u>novo</u> determination of the Final Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that the Petition filed herein is dismissed with prejudice.

1  IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order,
2  the Magistrate Judge's Final Report and Recommendation and the Judgment herein
3  by the United States mail on petitioner and counsel for respondent.
4  LET JUDGMENT BE ENTERED ACCORDINGLY.
5  DATED: 1/29/08

                                        /s/ Virginia A. Phillips
                                        VIRGINIA A. PHILLIPS
                                        UNITED STATES DISTRICT JUDGE