___ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT
JAN 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

DEANDRE MAURICE HOWARD,  ) CV 07-2680-VAP (SH)
                         )
           Petitioner,   ) JUDGMENT
    v.                   )
DERRAL G. ADAMS, WARDEN  )
           Respondent.   )
_____)

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: 1/29/08

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1