UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DEANDRE MAURICE HOWARD,<br><br>      Petitioner,<br><br>  v.<br><br>DERRAL G. ADAMS, Warden,<br><br>      Respondent. | ) CV 07-2680-VAP (SH)<br>)<br>) ORDER ACCEPTING REPORT AND<br>) RECOMMENDATION OF UNITED<br>) STATES MAGISTRATE JUDGE<br>)<br>)<br>)<br>)<br>)<br>) |

    Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Final Report and Recommendation of the United States Magistrate Judge, following Evidentiary Hearing, and has made a <u>de novo</u> determination of the Report and Recommendation. The Court concurs with and accepts the conclusions of the Magistrate Judge.

    IT IS ORDERED that the Petition filed herein is granted and respondent is ordered to release petitioner Howard from custody unless the State elects to

1

commence retrial proceedings within 90 days.

    IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Final Report and Recommendation and the Judgment herein by the United States mail on petitioner and counsel for respondent.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  December 29, 2011

                                    VIRGINIA A. PHILLIPS
                                    UNITED STATES DISTRICT JUDGE