UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DEANDRE MAURICE HOWARD, | ) CV 07-2680-VAP (SH) |
| | ) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| DERRAL G. ADAMS, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Order of the Court accepting the final conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is granted and respondent is ordered to release petitioner Howard from custody unless the State elects to commence retrial proceedings within ninety days.

DATED: December 29, 2011

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1